

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2018

No. 04-18-00248-CV

**IN THE INTEREST OF E.O.R. AND A.A.A.G., II., CHILDREN,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00918
Honorable Peter Sakai, Judge Presiding

# O R D E R

On September 12, 2018, this court issued its opinion and judgment in this appeal. A motion for rehearing was due on September 27, 2018. *See* TEX. R. APP. P. 49.1

On the due date, Appellant filed a motion for a five-day extension of time to file a motion for rehearing.

Appellant's motion is GRANTED. Appellant's motion for rehearing is due on October 2, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court